## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES P. OLSEN,** | ) | **CASE NO. 8:08CV246** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CITY OF OMAHA, A Municipal** | ) | |
| **Corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |


IT IS ORDERED that the parties' stipulated Consent to Exercise of Jurisdiction by a United States Magistrate Judge (Filing No. 16) is approved and this case shall be referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 23 U.S.C. § 636(c), Fed. R. Civ. P. 73.


DATED this 25th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge